**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                            (State)

Case number (*If known*):_____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Healthcare Solutions Management Group, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

3 8 – 3 7 6   7 3   5 7
EIN

**5. Debtor's address**

**Principal place of business**

26 Reynolds Street
Number    Street

_____

Springhill _____ LA __ 71075
City                State    ZIP Code

Webster Parish
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City        State    ZIP Code

Debtor     <u>Healthcare Solutions Management Group, Inc.</u>     Case number (*if known*)_____
                Name

---

**6. Debtor's website** (URL)    N/A. Debtor apparently does not maintain a website at this time.

---

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor_____ Relationship _____
  District_____ Date filed_____ Case number, if known_____
                          MM / DD / YYYY

  Debtor_____ Relationship _____
  District_____ Date filed_____ Case number, if known_____
                          MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor   <u>Healthcare Solutions Management Group, Inc.</u>     Case number (*if known*)_____
        Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Millrock Investment Fund 1, LLC | *** | $888,914 |
| | William T. Carrigan | *** | $32,718.05 |
| | RWDI Maplewood, L.P. | *** | $369,423.18 |
| | All American Storage, LLC | *** | $34,672.81 |
| | 934 Hollywood, L.L.C. | *** | $30,331.24 |
| | Happiness LLC | *** | $376,197.41 |
| | ACM Columbia LLC | *** | $148,905.24 |
| | Crawford Family Trust | *** | $190,376.13 |
| | Mark Machlis | *** | $63,893.62 |

*** *See,* for nature of each petitioner's claim, concurrently filed Motion of Petitioning Creditors for Order Directing Appointment of Interim Trustee Under Section 303(g) of the Bankruptcy Code

Total of petitioners' claims      $2,135,431.68

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Debtor   Healthcare Solutions Management Group, Inc.                              Case number (*if known*)_____
         Name

**Petitioners or Petitioners' Representative**                                    **Attorneys**

**Name and mailing address of petitioner**

  Millrock Investment Fund 1, LLC                                                   Christopher Viceconte
Name                                                                              Printed name

  1064 S. North County Blvd, Suite 350                                               Gibbons P.C.
Number Street                                                                     Firm name, if any

  Pleasant Grove            Utah          84062                                     300 Delaware Avenue, Suite 1015
City                        State         ZIP Code                                Number Street

                                                                                    Wilmington            DE          19801-1671
**Name and mailing address of petitioner's representative, if any**               City                    State       ZIP Code

  Kevin G. Long                                                                   Contact phone 302-518-6300     Email CViceconte@gibbonslaw.com
Name

  1064 S. North County Blvd, Suite 350                                            Bar number    5568
Number Street

                                                                                  State         Delaware
  Pleasant Grove            Utah          84062
City                        State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.        ✖ /s/ Christopher Viceconte  (No. 5568)
                                                                                  Signature of attorney

Executed on   09 / 07 / 2023
              MM / DD / YYYY                                                      Date signed    09 /15 / 2023
                                                                                                 MM / DD / YYYY

✖  /s/ Kevin G. Long, Manager
Signature of petitioner or representative, including representative's title

Debtor    Healthcare Solutions Management Group, Inc.
          Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

William T. Carrigan
Name

8091 S. Mountain Oaks Circle
Number Street

Cottonwood Heights    Utah    84121
City                  State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 11 / 2023
            MM / DD / YYYY

✘  /s/ William T. Carrigan
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington    DE    19801-1671
City          State ZIP Code

Contact phone 302-518-6300    Email CViceconte@gibbonslaw.com

Bar number    5568

State    Delaware

✘  /s/ Christopher Viceconte  (No. 5568)
Signature of attorney

Date signed    09 / 15 / 2023
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

RWDI Maplewood, L.P.
Name

32932 Pacific Coast Hwy, 14-388
Number Street

Dana Point    California    92629
City          State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Scott McCarter
Name

32932 Pacific Coast Hwy, 14-388
Number Street

Dana Point    California    92629
City          State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 11 / 2023
            MM / DD / YYYY

✘  /s/ Scott McCarter, Manager of G.P.
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington    DE    19801-1671
City          State ZIP Code

Contact phone 302-518-6300    Email CViceconte@gibbonslaw.com

Bar number    5568

State    Delaware

✘  /s/ Christopher Viceconte (No. 5568)
Signature of attorney

Date signed    09 / 15 / 2023
               MM / DD / YYYY

---

Debtor    Healthcare Solutions Management Group, Inc.
_____Name_____

Case number (*if known*)_____

**Name and mailing address of petitioner**

All American Storage, LLC
Name

8091 S. Mountain Oaks Circle
Number Street

Cottonwood Heights        Utah         84121
City                     State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

William T. Carrigan
Name

8091 S. Mountain Oaks Circle
Number Street

Cottonwood Heights        Utah         84121
City                     State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 11 / 2023
             MM / DD / YYYY

✖  /s/ William T. Carrigan, Owner / Managing Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington            DE           19801-1671
City                  State        ZIP Code

Contact phone 302-518-6300        Email CViceconte@gibbonslaw.com

Bar number    5568

State         Delaware

✖  /s/ Christopher Viceconte  (No. 5568)
Signature of attorney

Date signed   09 / 15 / 2023
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

934 Hollywood, L.L.C.
Name

7613 S. Prospector Drive
Number Street

Salt Lake City            Utah         84121
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Machlis
Name

7613 S. Prospector Drive
Number Street

Salt Lake City            Utah         84121
City                      State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 08 / 2023
             MM / DD / YYYY

✖  /s/ Mark Machlis, Managing Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington            DE           19801-1671
City                  State        ZIP Code

Contact phone 302-518-6300        Email CViceconte@gibbonslaw.com

Bar number    5568

State         Delaware

✖  /s/ Christopher Viceconte (No. 5568)
Signature of attorney

Date signed   09 / 15 / 2023
              MM / DD / YYYY

| Debtor | Healthcare Solutions Management Group, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Happiness LLC
Name

3375 W. Mount Ellen Way, PC307
Number Street

Taylorsville          Utah          84129
City                  State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Gabor Koltai
Name

3375 W. Mount Ellen Way, PC307
Number Street

Taylorsville          Utah          84129
City                  State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09 / 07 / 2023
              MM / DD / YYYY

✘   /s/ Gabor Koltai, Managing Owner
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington          DE          19801-1671
City                State        ZIP Code

Contact phone 302-518-6300      Email CViceconte@gibbonslaw.com

Bar number    5568

State         Delaware

✘   /s/ Christopher Viceconte (No. 5568)
Signature of attorney

Date signed    09 / 15 / 2023
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

ACM Columbia LLC
Name

c/o Crown Properties, 1650 Murfreesboro Rd., Ste. 224
Number Street

Franklin          TN          37067-5080
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Andrew Braine
Name

Crown Properties, 1650 Murfreesboro Rd., Ste. 224
Number Street

Franklin          TN          37067-5080
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09 / 13 / 2023
              MM / DD / YYYY

✘   /s/ Andrew Braine, President
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number Street

Wilmington          DE          19801-1671
City                State        ZIP Code

Contact phone 302-518-6300      Email CViceconte@gibbonslaw.com

Bar number    5568

State         Delaware

✘   /s/ Christopher Viceconte (No. 5568)
Signature of attorney

Date signed    09 / 15 / 2023
               MM / DD / YYYY

Debtor  Healthcare Solutions Management Group, Inc.  
Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Crawford Family Trust  
Name

9291 Darrow Drive  
Number Street

Huntington Beach          CA          92646  
City                       State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

J. Kirk Crawford  
Name

9291 Darrow Drive  
Number Street

Huntington Beach          CA          92646  
City                       State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 07 / 2023  
          MM / DD / YYYY

✘ /s/ J. Kirk Crawford, Trustee  
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte  
Printed name

Gibbons P.C.  
Firm name, if any

300 Delaware Avenue, Suite 1015  
Number Street

Wilmington              DE          19801-1671  
City                    State       ZIP Code

Contact phone 302-518-6300       Email CViceconte@gibbonslaw.com

Bar number  5568

State       Delaware

✘ /s/ Christopher Viceconte (No. 5568)  
Signature of attorney

               09 / 15 / 2023  
Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Mark Machlis  
Name

7613 S. Prospector Drive  
Number Street

Salt Lake City            Utah        84121  
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

N/A  
Name

N/A  
Number Street

N/A  
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 08 / 2023  
          MM / DD / YYYY

✘ /s/ Mark Machlis  
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Viceconte  
Printed name

Gibbons P.C.  
Firm name, if any

300 Delaware Avenue, Suite 1015  
Number Street

Wilmington              DE          19801-1671  
City                    State       ZIP Code

Contact phone 302-518-6300       Email CViceconte@gibbonslaw.com

Bar number  5568

State       Delaware

✘ /s/ Christopher Viceconte (No. 5568)  
Signature of attorney

               09 / 15 / 2023  
Date signed  _____
             MM / DD / YYYY

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Healthcare Solutions Management Group, Inc.,<br><br>Involuntary Chapter 7 Debtor. | Chapter 7<br><br>Case No. |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor 934 Hollywood, L.L.C. ("934 Hollywood"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of 934 Hollywood's membership interests.

Dated this 15th day of September, 2023.

GIBBONS P.C.

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
(302) 518-6322
cviceconte@gibbonslaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Healthcare Solutions Management Group, Inc.,<br><br>Involuntary Chapter 7 Debtor. | Chapter 7<br><br>Case No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor ACM Columbia LLC ("ACM Columbia"), through its undersigned counsel, hereby discloses that (1) its parent corporation is Crown Properties, Incorporated; and (2) there is no publicly held corporation that owns 10% or more of ACM Columbia's membership interests.

Dated this 15th day of September, 2023.

                                        GIBBONS P.C.

                                        */s/ Christopher Viceconte*
                                        Christopher Viceconte
                                        300 Delaware Avenue, Suite 1015
                                        Wilmington, Delaware 19801-1671
                                        (302) 518-6322
                                        cviceconte@gibbonslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Healthcare Solutions Management Group, Inc., <br><br> Involuntary Chapter 7 Debtor. | Chapter 7 <br><br> Case No. |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor All American Storage, LLC ("All American"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of All American's membership interests.

Dated this 15th day of September, 2023.

GIBBONS P.C.

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
(302) 518-6322
cviceconte@gibbonslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Healthcare Solutions Management Group, Inc.,<br><br>Involuntary Chapter 7 Debtor. | Chapter 7<br><br>Case No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor Crawford Family Trust ("Crawford"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of the ownership interests in Crawford.

Dated this 15th day of September, 2023.

                                                GIBBONS P.C.

                                                */s/ Christopher Viceconte*
                                                Christopher Viceconte (No. 5568)
                                                300 Delaware Avenue, Suite 1015
                                                Wilmington, Delaware 19801-1671
                                                (302) 518-6322
                                                cviceconte@gibbonslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Healthcare Solutions Management Group, Inc.,<br><br>Involuntary Chapter 7 Debtor. | Chapter 7<br><br>Case No. |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor Happiness LLC ("Happiness"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of Happiness's membership interests.

Dated this 15th day of September, 2023.

                                      GIBBONS P.C.

                                      */s/ Christopher Viceconte*
                                      Christopher Viceconte (No. 5568)
                                      300 Delaware Avenue, Suite 1015
                                      Wilmington, Delaware 19801-1671
                                      (302) 518-6322
                                      cviceconte@gibbonslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Healthcare Solutions Management Group, Inc.,<br><br>Involuntary Chapter 7 Debtor. | Chapter 7<br><br>Case No. |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor Millrock Investment Fund 1, LLC ("Millrock"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of Millrock's membership interests.

Dated this 15th day of September, 2023.

GIBBONS P.C.

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
(302) 518-6322
cviceconte@gibbonslaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Healthcare Solutions Management Group, Inc., <br><br> Involuntary Chapter 7 Debtor. | Chapter 7 <br><br> Case No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor RWDI Maplewood, L.P. ("Maplewood"), through its undersigned counsel, hereby discloses that (1) it does not have a parent corporation: and (2) there is no publicly held corporation that owns 10% or more of Maplewood's interests.

Dated this 15th day of September, 2023.

                                 GIBBONS P.C.

                                 */s/ Christopher Viceconte*
                                 Christopher Viceconte (No. 5568)
                                 300 Delaware Avenue, Suite 1015
                                 Wilmington, Delaware 19801-1671
                                 (302) 518-6322
                                 cviceconte@gibbonslaw.com