IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-11458 (JTD) <br><br> Re: Docket Nos. 30 & 31 |

**ORDER COMPELLING DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX**

Upon the motion (the "Motion")[1] of David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), for entry of an order compelling the Debtor to file its Schedules of Assets and Liabilities ("Schedules"), Statement of Financial Affairs ("SOFA") and Creditor Matrix; and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's Estate, creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

227074728 v1

2

2. The Debtor shall file its Schedules, SOFA and Creditor Matrix within 14 days of the entry of this Order.

**Dated: June 3rd, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

227074728 v1